UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN CHARLES GABRION,

    Petitioner,

v.

UNKNOWN PARTIES,

    Respondent.

_____/

Case No. 1:10-cv-328

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt. #4) filed by United States Magistrate Judge Joseph G. Scoville in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the habeas corpus petition is **DENIED without prejudice** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

**This action is terminated.**

Date: July 14, 2010

    /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge