UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MARVIN CHARLES GABRION,

        Petitioner,

Case No. 1:10-cv-328

v.

HONORABLE PAUL L. MALONEY

UNKNOWN PARTIES,

        Respondent.

_____/


## JUDGMENT


Having issued an order adopting a report and recommendation and denying without

prejudice the petition for writ of habeas corpus, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is

hereby entered in favor of respondent and against the petitioner.



Date: July 14, 2010                   /s/ Paul L. Maloney
                                       Paul L. Maloney
                                       Chief United States District Judge